IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| FRANCISCO J. MARTINEZ, | ) | |
|---|---|---|
| Petitioner, | ) | 8:17CV406 |
| v. | ) | |
| BRAD HANSEN, TSCI Warden, and SCOTT FRAKES, NDCS Director, | ) | ORDER |
| Respondents. | ) | |

The Petitioner has failed to pay the $5.00 filing fee as required by my previous order. (Filing no. 6.) Therefore,

IT IS ORDERED that this matter is dismissed without prejudice.

DATED this 11th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge