IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| FRANCISCO J. MARTINEZ, | ) | |
|---|---|---|
| Petitioner, | ) | 8:17CV406 |
| v. | ) | |
| BRAD HANSEN, TSCI Warden, and SCOTT FRAKES, NDCS Director, | ) | ORDER |
| Respondents. | ) | |

After careful consideration under Federal Rule of Civil Procedure 59(e) and otherwise of the "Motion for Federal Habeas Review Reconsideration" seeking to aside the dismissal of the petition because the claims were procedurally defaulted and also seeking, in the alternative, a certificate of appealability despite my prior decision not to do so,

IT IS ORDERED that the motion (filing no. 21) is denied.

DATED this 15th day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge